UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CLAUDIA M. ALLORE,

        Plaintiff,

   - against -

SPECIALIZED LOAN SERVICING, LLC,

        Defendant.
---------------------------------------------------------------X

MEMORANDUM
AND ORDER
18-cv-2867 (AMD)(VMS)

**ANN M. DONNELLY**, United States District Judge:

    On May 10, 2018, the *pro se* plaintiff, Claudia M. Allore, filed this complaint.[1] By letter dated May 14, 2018, the plaintiff was provided with the proper forms and instructed that in order to proceed, she must either pay the $400 filing fee or return the completed IFP application. The plaintiff has not responded to the Court's letter and the time for doing so has passed.

    Accordingly, the action is dismissed without prejudice. The Clerk of Court is respectfully requested to mail this order to the address of record and close this case. The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45, 82 S.Ct. 917, 8 L.Ed.2d 21 (1962).

SO ORDERED.

                              s/Ann M. Donnelly
                              _____
                              Ann M. Donnelly
                              United States District Judge

Dated: Brooklyn, New York
         June 14, 2018

---

[1] The plaintiff's nearly identical action, *Allore v. Specialized Loan Servicing, LLC*, 17-cv-3729 (AMD)(VMS), was dismissed without prejudice by Order dated May 1, 2018. (ECF No. 8.)